■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED FOSTER, Appellant, v NEW YORK STATE DIVISION OF PAROLE et al., Respondents. [806 NYS2d 874]—Order, Supreme Court, New York County (John Cataldo, J.), entered November 12, 2004, unanimously affirmed, without costs.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Tom, J.P., Mazzarelli, Sullivan, Nardelli and McGuire, JJ.